**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____  Chapter  **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Capostrada LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-2152092** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **501 E. 9th Street**<br>**Ocean City, NJ 08226**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Cape May**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **none**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Capostrada LLC**                                                                    Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    **2511**

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor     **Capostrada LLC**                                          Case number (*if known*) _____
                Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____     Relationship _____
District _____ When _____     Case number, if known _____

**11.** **Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.     Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.     Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**    .     *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Capostrada LLC**                                                    Case number (*if known*) _____
       Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50 million          ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor      **Capostrada LLC**                                                    Case number (*if known*) _____
            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2026**
              MM / DD / YYYY

**X** **/s/ Michael Sannutti**                          **Michael Sannutti**
Signature of authorized representative of debtor        Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Daniel Reinganum**                   Date   **May 19, 2026**
Signature of attorney for debtor                        MM / DD / YYYY

**Daniel Reinganum**
Printed name

**Law Offices of Daniel Reinganum, PC**
Firm name

**615 White Horse Pike**
**Haddon Heights, NJ 08035**
Number, Street, City, State & ZIP Code

Contact phone   **856-548-5440**     Email address   **daniel@reinganumlaw.com**

**034922011 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Capostrada LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## ▊  Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 19, 2026**           _X_ **/s/ Michael Sannutti**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Sannutti**
                                            Printed name

                                            **Managing Member**
                                            Position or relationship to debtor

Official Form 202                          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name   **Capostrada LLC**

United States Bankruptcy Court for the:   **DISTRICT OF NEW JERSEY**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Atlantic City Electric 5 Collins Drive Suite 2133 Mail Stop 84CP42 Penns Grove, NJ 08069** | | Utility Charges | | | | $10,389.00 |
| **Comcast 1701 JFK Boulevard Philadelphia, PA 19103** | | Utilities | | | | $2,000.00 |
| **Genron Fire Protection 1066 NJ Rt. 83 Clermont, NJ 08210** | | Services | | | | $414.00 |
| **Griffith and Carlucci PC Richard Carlucci, Esq. 801 Asbury Ave Ocean City, NJ 08226** | | Legal Fees | | | | $18,901.00 |
| **Michael Sannuti 501 E. 9th Street Ocean City, NJ 08226** | | Loan to Company for BK Retainer | | | | $8,500.00 |
| **Reel Fire Protection, Inc. 214 N. Main Street Cape May Court House, NJ 08210** | | Services | Unliquidated | | | $1,888.00 |
| **South Jersey Gas Attn: Bankruptcy Dept. 1 S Jersey Plaza Folsom, NJ 08037** | | Utility | | | | $20,000.00 |

Debtor   **Capostrada LLC**
　　　　Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **State of New Jersey Div. of Community Affairs - Fire Safety 101 S. Broad Street PO Box 809 Trenton, NJ 08625-0809** | | **Violations** | | | | **$14,000.00** |
| **State of New Jersey Division of Taxation ATTN: Bankruptcy Unit 3 John Fitch Way, 5th Floor PO Box 245 Trenton, NJ 08695-0245** | | **Sales and Use Taxes** | **Unliquidated** | | | **$45,000.00** |
| **Sysco 800 Willowbrook Road Northampton, PA 18067** | | **Trade Debt** | **Unliquidated** | | | **$6,000.00** |
| **US Foods 2255 High Hill Road Bridgeport, NJ 08014** | | **Trade Debt** | **Unliquidated** | | | **$9,000.00** |

**Fill in this information to identify the case:**

Debtor name    **Capostrada LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **Capostrada LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**Atlantic City Electric
5 Collins Drive
Suite 2133
Mail Stop 84CP42
Penns Grove, NJ 08069**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utility Charges**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,389.00**

**3.2** **Nonpriority creditor's name and mailing address**
**Comcast
1701 JFK Boulevard
Philadelphia, PA 19103**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,000.00**

**3.3** **Nonpriority creditor's name and mailing address**
**DLSN Properties, LLC
2057 Wheaton Avenue
Millville, NJ 08332**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Landlord Notice.**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

**3.4** **Nonpriority creditor's name and mailing address**
**Genron Fire Protection
1066 NJ Rt. 83
Clermont, NJ 08210**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$414.00**

**Schedule E/F: Creditors Who Have Unsecured Claims**

56794

Debtor   **Capostrada LLC**                                        Case number (if known)  _____
_____
          Name

| | | |
|---|---|---|
| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.5  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$18,901.00**

**Griffith and Carlucci PC**
**Richard Carlucci, Esq.**
**801 Asbury Ave**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Legal Fees**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.6  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$8,500.00**

**Michael Sannuti**
**501 E. 9th Street**
**Ocean City, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Loan to Company for BK Retainer**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.7  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$1,888.00**

**Reel Fire Protection, Inc.**
**214 N. Main Street**
**Cape May Court House, NJ 08210**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Services**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.8  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$20,000.00**

**South Jersey Gas**
**Attn: Bankruptcy Dept.**
**1 S Jersey Plaza**
**Folsom, NJ 08037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utility**

Last 4 digits of account number  **1726**

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.9  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$14,000.00**

**State of New Jersey**
**Div. of Community Affairs - Fire Safety**
**101 S. Broad Street**
**PO Box 809**
**Trenton, NJ 08625-0809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Violations**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.10  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$45,000.00**

**State of New Jersey Division of Taxation**
**ATTN: Bankruptcy Unit**
**3 John Fitch Way, 5th Floor**
**PO Box 245**
**Trenton, NJ 08695-0245**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Sales and Use Taxes**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

3.11  **Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$6,000.00**

**Sysco**
**800 Willowbrook Road**
**Northampton, PA 18067**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Capostrada LLC**                                    Case number (if known) _____
         Name

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,000.00** |

**US Foods**
**2255 High Hill Road**
**Bridgeport, NJ 08014**

☐ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:**  **Trade Debt**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Steven A. Morris, Esq.**<br>**The Morris Law Firm LLC**<br>**860 Broadway - Suite B**<br>**Cape May, NJ 08204** | Line  **3.3** <br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.  $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  **+**  $ | 136,092.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.   $ | **136,092.00** |

**Fill in this information to identify the case:**

Debtor name     **Capostrada LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.

   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*          *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest    **Commercial Lease** | |
| State the term remaining | **DLSN Properties, LLC** |
| List the contract number of any government contract | **2057 Wheaton Avenue** **Millville, NJ 08332** |

**Fill in this information to identify the case:**

Debtor name      **Capostrada LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | _____<br>Street<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | _____<br>Street<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | _____<br>Street<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | _____<br>Street<br>_____<br>City          State          Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

# United States Bankruptcy Court
## District of New Jersey

In re    **Capostrada LLC**
                                                            Case No. _____
                                                    Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 19, 2026** _____          **/s/ Michael Sannutti** _____

                                                    **Michael Sannutti**/**Managing Member**
                                                    Signer/Title

Atlantic City Electric
5 Collins Drive
Suite 2133
Mail Stop 84CP42
Penns Grove, NJ 08069


Comcast
1701 JFK Boulevard
Philadelphia, PA 19103


DLSN Properties, LLC
2057 Wheaton Avenue
Millville, NJ 08332


Genron Fire Protection
1066 NJ Rt. 83
Clermont, NJ 08210


Griffith and Carlucci PC
Richard Carlucci, Esq.
801 Asbury Ave
Ocean City, NJ 08226


Michael Sannuti
501 E. 9th Street
Ocean City, NJ 08226


Reel Fire Protection, Inc.
214 N. Main Street
Cape May Court House, NJ 08210


South Jersey Gas
Attn: Bankruptcy Dept.
1 S Jersey Plaza
Folsom, NJ 08037


State of New Jersey
Div. of Community Affairs - Fire Safety
101 S. Broad Street
PO Box 809
Trenton, NJ 08625-0809

State of New Jersey Division of Taxation
ATTN: Bankruptcy Unit
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


Sysco
800 Willowbrook Road
Northampton, PA 18067


US Foods
2255 High Hill Road
Bridgeport, NJ 08014


Steven A. Morris, Esq.
The Morris Law Firm LLC
860 Broadway - Suite B
Cape May, NJ 08204

## United States Bankruptcy Court
### District of New Jersey

In re   **Capostrada LLC**
_____   Case No. _____
Debtor(s)   Chapter   **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Capostrada LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 19, 2026**
_____
Date

**/s/ Daniel Reinganum**
_____
**Daniel Reinganum**
Signature of Attorney or Litigant
Counsel for   **Capostrada LLC**
**Law Offices of Daniel Reinganum, PC**
**615 White Horse Pike**
**Haddon Heights, NJ 08035**
**856-548-5440**
**daniel@reinganumlaw.com**